LAWRENCE J. GORNICK (SBN 136290)
EMILY M. CHARLEY (SBN 238542)
**LEVIN SIMES KAISER & GORNICK LLP**
One Bush Street, 14th Floor
San Francisco, CA 94104
Telephone: 415-646-7160
Facsimile: 415-981-1270

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIMITRIUS OLIVER,<br><br>        Plaintiff,<br><br>    v.<br><br>ASTRAZENECA PHARMACEUTICALS, L.P., ASTRAZENECA, L.P., AND ELI LILLY AND COMPANY,<br><br>        Defendants. | CASE NO. C 06 2282 JL<br><br>Before the Honorable JAMES LARSON<br><br>[PROPOSED] ORDER VACATING AND/OR CONTINUING CASE MANAGEMENT CONFERENCE<br><br>Conference Date:  July 5, 2006<br>Conference Time:  10:30 am<br>Location:  Courtroom F, 15th Floor<br>           San Francisco |

For the reasons set forth in Plaintiff's Case Management Conference Statement, the Court hereby continues the July 5, 2006 Case Management Conference ("CMC") to October 25, 2006, at 10:30 a.m. In the event the case is not transferred as part of the MDL No. 1769 – *In re Seroquel Products Liability Litigation* and/or as part of MDL No. 1596 – *In re Zyprexa Liability Litigation*, far

- 3 -    [PROPOSED] ORDER

1  enough in advance of the new CMC date, the parties shall file a Joint CMC Statement at least 7
2  calendar days before the CMC, pursuant to this Court's Standing Order.
3      **IT IS SO ORDERED.**
4  DATED: _July 5, 2006_____

                                                Honorable
                                                United States Judge James Larson

*[Stamp: IT IS SO ORDERED — signature — Seal: United States District Court, Northern District of California]*