1

2

3

4

5

6                     IN THE UNITED STATES DISTRICT COURT

7

                     FOR THE NORTHERN DISTRICT OF CALIFORNIA
8

9    DIMITRIUS OLIVER,

10            Plaintiff,                          No. C 06-02282 JSW

11       v.                                       **ORDER RE COUNTERMOTIONS**
                                                  **FOR ADMINISTRATIVE RELIEF**
12   ASTRAZENECA PHARMACEUTICALS, et              **RE HEARINGS ON PLAINTIFF'S**
     al.                                          **MOTION TO DISMISS AND**
13                                                **ASTRAZENCA'S MOTION TO**
              Defendants.                         **STAY**
14

15   _____/

16        This matter comes before the Court on the motion for administrative relief filed by

17   Defendants Astrazeneca Pharmaceutical LP and Astrazeneca LP, in which they request that the

18   Court continue Plaintiff's motion to dismiss and consolidate that motion for hearing with their

19   motion to stay.  Plaintiff  filed a counter-motion for administrative relief, in which he states he

20   does not oppose a consolidated hearing but requests an earlier hearing date.  Defendants oppose

21   Plaintiff's counter-motion on the ground that their counsel is unavailable on the dates selected

22   by Plaintiff.

23        The Court DENIES both administrative motions, and VACATES the noticed hearing

24   dates on both the motion to dismiss and the motion to stay.

25        Plaintiff's opposition to the motion to stay is already on file, accordingly, Defendants'

26   reply brief shall be due on Wednesday August 23, 2006.

27        Plaintiff's motion to dismiss this action was filed on August 4, 2006.  Defendant's

28

United States District Court
For the Northern District of California

opposition shall be due on August 23, 2006, and Plaintiff's reply shall be due on August 30, 2006.

At that time the Court shall take the matters under submission.  If the Court believes a hearing is warranted, it shall notify the parties.

**IT IS SO ORDERED.**

Dated: August 17, 2006

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

2