A CERTIFIED TRUE COPY

SEP - 6 2006

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED    SEP - 6 2006

SEP 12 2006    FILED
CLERK'S OFFICE

DOCKET NOS. 1596 AND 1769

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*MDL-1596 – IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION*
*MDL-1769 – IN RE SEROQUEL PRODUCTS LIABILITY LITIGATION*

*Herbert Price v. AstraZeneca Pharmaceuticals, LP, et al.*, N.D. California,
   C.A. No. 3:06-1290
*Dimitrius Oliver v. AstraZeneca Pharmaceuticals LP, et al.*, N.D. California,
   C.A. No. 3:06-2282

### ORDER VACATING CONDITIONAL TRANSFER ORDER

On August 2, 2006, the Panel filed an order conditionally i) transferring these two actions (*Price* and *Oliver*) to the Eastern District of New York in MDL-1596, ii) separating the Seroquel claims and remanding them to the Northern District of California, and iii) transferring the resulting Seroquel actions to the Middle District of Florida in MDL-1769. Prior to the expiration of that order's 15-day stay of transmittal, plaintiffs in these actions filed a notice of opposition to the proposed transfer. The Panel has now been advised, however, that *Price* and *Oliver* were dismissed by the Honorable Jeffrey S. White in separate orders filed on August 30, and August 31, 2006, respectively.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-61" in MDL-1596 and as "CTO-3" in MDL-1769, filed on August 2, 2006, is VACATED insofar as it relates to these actions.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel